

PAGE 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "YELLOWBOOK INC.", CHANGING ITS NAME FROM "YELLOWBOOK INC." TO "HIBU INC.", FILED IN THIS OFFICE ON THE SIXTEENTH DAY OF JANUARY, A.D. 2013, AT 5:56 O'CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF AMENDMENT IS THE EIGHTEENTH DAY OF JANUARY, A.D. 2013, AT 12:01 O'CLOCK A.M.

Jeffrey W. Bullock, Secretary of State

3773422  8100

130059144

AUTHENTICATION: 0152905

DATE: 01-17-13

You may verify this certificate online
at corp.delaware.gov/authver.shtml

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 06:22 PM 01/16/2013*
*FILED 05:56 PM 01/16/2013*
*SRV 130059144 - 3773422 FILE*

# CERTIFICATE OF AMENDMENT
# OF
# CERTIFICATE OF INCORPORATION
# OF
# YELLOWBOOK INC.

Yellowbook Inc., a corporation organized and existing under the laws of the State of Delaware (the "Corporation"), does hereby certify as follows:

1. Article FIRST of the Certificate of Incorporation of the Corporation is hereby amended to read in its entirety as set forth below:

"FIRST: The name of the corporation is hibu Inc. (the "Corporation")."

2. This Certificate of Amendment shall be effective as of 12:01 a.m. Eastern Standard Time on January 18, 2013.

3. This Certificate of Amendment has been duly adopted in accordance with the provisions of Section 242 of the General Corporation Law of the State of Delaware.

IN WITNESS WHEREOF, the Corporation has caused this Certificate of Amendment to be executed in its corporate name this 16th day of January, 2013.

YELLOWBOOK INC.

By: _____
John J. Butler
Senior Vice President and General Counsel